George TSAKOPOULOS; Drousoula Tsakopoulos, Petitioners—Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent—Appellee.

No. 02–70610.

IRS No. 14050–98/1131–00.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 13, 2003.

Decided May 19, 2003.

Before CANBY, KLEINFELD, and RAWLINSON, Circuit Judges.

MEMORANDUM *

The tax court did not clearly err when it determined that the transfer of real property from Appellant George Tsakopoulos to his brother was not an abandonment of the property. *See A.J. Indus., Inc. v. United States*, 503 F.2d 660, 670–71 (9th Cir.1974).

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.